FILED
CLERK, U.S. DISTRICT COURT
AUG 3 0 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKIVA INTERNATIONAL, INC.; *et al.*, <br><br> Defendants. | Case No.: 2:18-cv-03131-SVW-MRW <br> *Honorable Stephen V. Wilson Presiding* <br><br> **[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |



1

[PROPOSED] ORDER ON STIPULATION TO DISMISS TO DISMISS ACTION WITH PREJUDICE

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action, against all Defendants, including but not limited to SKIVA INTERNATIONAL, INC., is hereby dismissed with prejudice in its entirety, against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: 8/34/18       By: _____
                    HONORABLE STEPHEN V. WILSON
                    U.S. DISTRICT JUDGE